UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:15-CR-18-RWS-JBB |
| | § | |
| DONDRAIL PARKS (10) | § | |

## REPORT AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

On August 29, 2025, the Court held a hearing on the Government's First Amended Petition for Warrant or Summons for Offender Under Supervision. Dkt. No. 1261. The Government was represented by Assistant United States Attorney Lauren Richards. Defendant was represented by Jake Potter.

## BACKGROUND

Dondrail Parks ("Defendant") was sentenced on January 20, 2017, before The Honorable U.S. District Judge Robert W. Schroeder, III of the Eastern District of Texas after pleading guilty to the offense of Controlled Substance- Sell, Distribute, or Dispense (Possession with Intent to Distribute Methamphetamine), a Class B felony. This offense carried a statutory maximum imprisonment term of 40 years. The guideline imprisonment range, based on a total offense level of 25 and a criminal history category of V, was 100 to 125 months. However, pursuant to the binding rule 11(c)(1)(C) Plea Agreement, the parties in this case stipulated to a sentence of 72-months imprisonment. Defendant was subsequently sentenced to 72 months subject to the standard conditions of release, plus special conditions to include financial disclosure for the purpose of monitoring employment; substance abuse testing and treatment; and a special assessment of $100.00. On January 6, 2023, Defendant completed his period of imprisonment and began service of the supervision term.

1

On October 23, 2024, a Petition for Warrant or Summons for Offender Under Supervision was filed regarding the allegations against Defendant. Since that time Defendant has remained incarcerated awaiting a disposition from the Court regarding the pending state felony charges indicated in allegation 1 of the petition.

On July 28, 2025, Defendant appeared before the 8th Judicial District Circuit Court of Miller County, Arkansas in reference to Case No. 46CR-24-301-1 and pled guilty to Tampering with Physical Evidence. Defendant pled guilty to said offense and was sentenced to 36 months of imprisonment in the Arkansas Department of Corrections ("ADC") with a suspended sentence of 36 months with imposed conditions.

On July 28, 2025, Defendant appeared before the 8th Judicial District Circuit Court of Miller County, Arkansas in reference to Case No. 46CR-24-688-3 and pled guilty to Count 1, Deliver Meth Cocaine => 10 Grams < 200 Grams; Count 2, Deliver Meth Cocaine => 10 Grams < 200 Grams; Count 3, Maintaining Drug Premises; Count 4, Unlawful Use of Communication Device; and Count 5, Unlawful Use of Communication Device. Under Counts 1 and 2, Defendant was sentenced to a term of 120 months of imprisonment in the ADC with a suspended sentence of 120 months with imposed conditions. Under Count(s) 3, 4, and 5, Defendant was sentenced to a term of 120 months imprisonment in the ADC. The sentencing Court ordered each of Defendant's sentences under the aforementioned case number to run concurrently.

On July 28, 2025, Defendant appeared before the 8th Judicial District Circuit Court of Miller County, Arkansas in reference to Case No. 46CR-24-689-3 and pled guilty to Count 1, Deliver Meth Cocaine => 10 Grams < 200 Grams; Count 2, Unlawful Communication Device; and Count 3, Maintaining Drug Premises. Under Count 1 of said Case No. Defendant was sentenced to a term of imprisonment of 120 months imprisonment in the ADC with a suspended

sentence of 120 months with imposed conditions. On Counts 2 and 3, Defendant was sentenced to a term of 120 months imprisonment. The sentencing Court ordered each of Defendant's sentences under the aforementioned case number to run concurrently.

On July 28, 2025, Defendant appeared before the 8th Judicial District Circuit Court of Miller County, Arkansas in reference to Case No. 46CR-24-733-1 and pled guilty to Count 1, Trafficking a Controlled Substance; Count 2, Possess with Purpose Deliver Controlled Substance Schedule I, II Excluding Meth Cocaine => 2 Grams < 28 Grams; Count 3, Possess with Purpose Deliver Controlled Substance Schedule VI => 4 Ounces < 25 lbs.; Count 4, Simultaneous Possess of Drugs and Firearms; Count 5, Possession of Firearm by Certain Person; Count 6, Maintaining Drug Premises; and Count 7, Possession of Drug Paraphernalia Meth Cocaine. Under Counts 1, 2, and 4, Defendant was sentenced to a term of 120 months imprisonment in the ADC with a suspended sentence of 120 months with imposed conditions. Under Counts 3 and 6, Defendant was sentenced to a term of 120 months imprisonment in the ADC. Under Counts 5 and 7, Defendant was sentenced to a term of 72 months imprisonment in the ADC. The sentencing Court ordered each of Defendant's sentences under the aforementioned case number to run concurrently.

## AMENDED PETITION TO REVOKE

In its August 14, 2025, amended petition for warrant or summons for offender under supervision (Dkt. No. 1261), the Government alleges Defendant violated the following conditions:

1) **Defendant must not commit another federal, state or local crime.** Specifically, the Government alleges that:

- On March 26, 2024, Defendant was arrested in Miller County, Arkansas for committing the offense of Tampering with Physical Evidence, a Class D Felony.
- On September 30, 2024, Defendant was arrested in Miller County, Arkansas for committing the felony offense of Trafficking a Controlled Substance.

- On September 30, 2024, Defendant was arrested in Miller County, Arkansas for committing the felony offense of Possession of Schedule I or II Controlled Substance that is not Meth or Cocaine for Purpose to Deliver.
- On September 30, 2024, Defendant was arrested in Miller County Arkansas for committing the felony offense of Possession of a Schedule VI Controlled Substance with Purpose to Deliver.
- On September 30, 2024, Defendant was arrested in Miller County Arkansas for committing the felony offense of Simultaneous Possession of Drugs and Firearms.
- On September 30, 2024, Defendant was arrested in Miller County, Arkansas for committing the felony offense of Possession of Firearm by Certain Persons.
- On September 30, 2024, Defendant was arrested for committing the felony offense of Controlled Substances- Offenses Relating to Records, Maintaining Premises, etc.
- On September 30, 2024, Defendant was arrested in Miller County Arkansas for committing the felony offense of Possession of Drug Paraphernalia.

All of Defendant's pending charges noted above were disposed of by the corresponding Court in Miller County, Arkansas on July 28, 2025.

2) **Defendant must not unlawfully possess a controlled substance.** Specifically, the Government alleges that on April 11, 2023, Defendant submitted a positive urine specimen for marijuana (THC). According to the Government, as evidenced by Defendant's plea of guilty on July 28, 2025, Defendant possessed controlled substances including, but not limited to methamphetamine, marijuana, and MDMA.

3) **Defendant must not communicate or interact with someone Defendant knows is engaged in criminal activity. If Defendant knows someone has been convicted of a felony, Defendant must not knowingly communicate or interact with that person without first getting the permission of the probation officer.** Specifically, the Government alleges that the arrest report from March 26, 2024, ties Defendant as an associate of Mr. Christopher Nard, a known and reported member of the gangster disciple street gang. According to the Government, on March 26, 2024, prior to his arrest, Defendant was discovered operating Mr. Nard's vehicle while arriving at Mr. Nard's residence. Both Defendant and Mr. Nard were arrested on March 26, 2024.

The Government further alleges the arrest report from September 30, 2024, "ties [Defendant] being an associate of Mr. Duane Galbreth, a known felon in the state of Arkansas. Mr. Galbreth was charged with the same offenses as [Defendant] as indicated per the recent arrest report."

4) **Defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).** Specifically, the Government alleges that as evidenced by Defendant's plea of guilty on July 28, 2025, Defendant was in possession of at least one firearm on or around September 30, 2024.

## RECOMMENDATION

The Court scheduled a final revocation hearing August 29, 2025. At the hearing, the Court reviewed the alleged violations of the above conditions with Defendant. Consenting to the undersigned's taking the plea, Defendant admitted as true the allegations as set forth in the amended petition.

Based upon Defendant's plea of true, the Court finds Defendant did violate his conditions of supervised release as alleged in the U.S. Probation Office's amended petition. Counsel announced the parties had agreed upon the sentence to be imposed. The Court, having considered the agreement, the applicable U.S. Sentencing Commission Guidelines, and the fact that Defendant will be subject to state supervision for several years, agreed with the parties' proposed sentence and recommended sentence be imposed as follows: Pursuant to the Sentencing Reform Act of 1984, it is recommended that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty (30) months, to run concurrently with the sentences imposed by the 8th Judicial District Circuit Court of Miller County, Arkansas on July 28, 2025, with no term of supervised release to follow.

The Court further recommends the Court request the Bureau of Prisons designate United States Penitentiary Pollock for service of sentence. Based on the foregoing, it is

**RECOMMENDED** that Defendant's plea of true to the allegations set forth above in the amended petition be **ACCEPTED**. It is further

**RECOMMENDED** that Defendant's supervised release be **REVOKED**. It is further

**RECOMMENDED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty (30) months, to run concurrently with the sentences imposed by the 8th Judicial District Circuit Court of Miller County, Arkansas on July 28, 2025, with no term of supervised release to follow said term of imprisonment, with United States Penitentiary Pollock as the place of confinement.

The parties were informed of the right to file objections to the recommendations as set forth above. The parties waived their objections.

Defendant was also advised that he has the right to be present with counsel, to speak on his own behalf, and to have counsel speak on his behalf before any additional sentence is imposed. Defendant signed a written waiver of his right to be present and speak, and his right to have counsel present and speak, before the district judge imposes the recommended sentence.

SIGNED this the 29th day of August, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE